IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOY MARIE BERTRAND,** | : | C.A. No. |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Defendant.** | : | |

## COMPLAINT FOR NEGLIGENCE

Plaintiff, by and through Plaintiff's attorneys, Barros, McNamara, Malkiewicz & Taylor, P.A., hereby allege as follows:

1. That Plaintiff is an adult citizen and resident of this judicial district residing at 26163 Kelly Circle, Seaford, Delaware 19973.

2. Defendant, United States of America, is a sovereign entity with offices for purposes of service of process at the United States Attorney General's Office, Room 4400, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001 and the United States Attorney's Office for the District of Delaware, 1007 North Orange Street, Suite 700, Wilmington, DE 19801.

3. This action arises under the Federal Tort Claims Act, 28 U.S.C. §§2671-2946.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1346(b)(1), subject to the provisions of 28 U.S.C., §171.

5. The United States Postal Service is an agency of the Defendant, The United States of America.

6. Plaintiff filed an Administrative Claim for civil damages on or about April 30, 2007 in

accordance with the provisions of 28 U.S.C. §2675 (a). More than six months have elapsed since this claim has been filed and Defendant has failed to make a final disposition of this claim. Therefore, Defendant is deemed to have made a final disposition of the claim, thereby permitting Plaintiff to institute this action.

7.      On May 06, 2005, Plaintiff was operating a motor vehicle southbound on U.S. Route 13, in Camden, Kent County, Delaware. At the same time, Melvin D. Seelye, Jr., while in the course of employment with the United States Postal Service (USPS), was operating a USPS vehicle eastbound on Lochmeath Way at its intersection with U.S. Route 13. Defendant's USPS employee, Melvin D. Seelye, Jr., failed to stop or remain stopped at the stop sign, crossed the southbound lanes of U.S. Route 13 and the intervening space between southbound and northbound U.S. Route 13, entered the northbound lanes of U.S. Route 13 and collided with Plaintiff's vehicle, causing serious and permanent injuries to the Plaintiff.

8.      At all times pertinent hereto Melvin D. Seelye, Jr., was employed by and was an agent of the Defendant through his employment with the United States Postal Service, and was acting within the scope of employment.

9.      Pursuant to 28 U.S.C. §1346(b)(1), the United States is liable for the negligence or wrongful act or omission of any employee of the Government while acting within the scope of his or her employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act occurred.

10.     That the Defendant through the negligent acts of its agent, Melvin D. Seelye, Jr., was guilty of negligence pursuant to Delaware Code as follows:

  (a)     Defendant operated a motor vehicle on a public highway in a careless and imprudent manner, in violation of 21 Delaware Code § 4176(a);

capacity and future medical expenses and loss of earnings.

**WHEREFORE**, the Plaintiff demands judgment against Defendant in the amount of $300,250.00, an amount which will compensate Plaintiff for her property damage and her past, present and future pain, suffering, disability, medical expenses, future medical expenses, lost earnings, and earning capacity, plus costs of this action.

>                    BARROS, MCNAMARA, MALKIEWICZ
>                              & TAYLOR, P.A.
>
>
>            BY:         /s/ Edward R. McNamara
>                    Edward R. McNamara, Esquire, Delaware Bar ID # 348
>                    2 West Loockerman Street
>                    P. O. Box 1298
>                    Dover, DE 19903
>                    (302) 734-8400
>                    erm@bmmt-law.com
>                    **Attorneys for Plaintiff**

Dated: 8/1/08

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Joy Marie Bertrand

## DEFENDANTS
United States of America

**(b)** County of Residence of First Listed Plaintiff  **Sussex**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Edward R. McNamara, Esq., Barros, McNamara, Malkiewicz & Taylor, P.A, PO Box 1298, Dover, DE 19903 (302)734-8400

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Federal Tort Claims Act, 28 U.S.C., §§2671-2946
Brief description of cause:
Personal Injury action - Plaintiff's vehicle struck by USPS vehicle

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 300,250.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE None    DOCKET NUMBER None

DATE

SIGNATURE OF ATTORNEY OF RECORD
/s/ Edward R. McNamara, Esquire

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____