LAW OFFICES OF
**BARROS, McNAMARA, MALKIEWICZ & TAYLOR, P.A.**
2 WEST LOOCKERMAN STREET
P.O. BOX 1298
DOVER, DELAWARE 19903

Telephone: 302-734-8400
Toll Free: 800-734-LAWS (5297)
Main Building Fax: 302-734-4349

A. RICHARD BARROS*
EDWARD R. MCNAMARA
MICHAEL J. MALKIEWICZ
ROBERT J. TAYLOR
J. JAY LAZZERI
DAVID J. BEVER
*OF COUNSEL*

August 15, 2008

Clerk of the Court
United States District Court for
  The District of Delaware
844 King Street, Room 4209
Wilmington, DE   19801

RE:   Bertrand v. United States of America

Dear Clerk:

Since our office is located in Dover, it would be appreciated if you would mail the completed summons to the above address.

Very truly yours,

BARROS, McNAMARA, MALKIEWICZ
       & TAYLOR, P.A.


/S/ Edward R. McNamara
EDWARD R. McNAMARA, ESQUIRE, ID #348

erm/jlc

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| Joy Marie Bertrand | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. _____ |
| United States of America | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

United States of America
U.S. Attorney's Office, District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

A lawsuit has been filed against you.

      Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward R. McNamara, Esquire
Barros, McNamara, Malkiewicz & Taylor, P.A.
P.O. Box 1298
Dover, DE 19903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

                                                                   Name of clerk of court

Date: _____

                                                                    Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

◈ AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

 (1) personally delivering a copy of each to the individual at this place, _____
  _____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
  who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
  _____; or

 (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  _____.

Date: _____

                     _____
                     Server's signature

                     _____
                     Printed name and title

                     _____
                     Server's address